PROB 22
(Rev. 02/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**
95-CR-90-C-01

**DOCKET NUMBER (Rec. Court)**

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Leonard Bunch | Western Wisconsin | Madison |

**NAME OF SENTENCING JUDGE**
Honorable Barbara B. Crabb

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 12/14/07
TO: 12/13/10

FILED
KC
3-26-08
MAR 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**OFFENSE**
Possession of a Prohibited Object Designed and Intended to be Used as a Weapon

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Wisconsin**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Feb. 13, 2008
Date

Barbara B. Crabb
United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern District of Illinois**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

MAR 2 5 2008
Effective Date

James F. Holderman
United States District Judge

**08CR 253**

JUDGE RONALD GUZMAN

MAGISTRATE JUDGE
GERALDINE SOAT BROWN