PROB 22
(Rev. 02/88)

| | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 95-CR-90-C-01 |
| | DOCKET NUMBER (Rec. Court) |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Leonard Bunch | Western Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Barbara B. Crabb | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/14/07 | TO 12/13/10 |

FILED
KC
APR 15 2008
4-15-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**OFFENSE**

Possession of a Prohibited Object Designed and Intended to be Used as a Weapon

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Wisconsin__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_Feb. 13, 2008_                   _Barbara B. Crabb_
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern District of Illinois__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

MAR 2 5 2008                    _James F. Holderman_
Effective Date                    United States District Judge

**08CR 253**

JUDGE RONALD GUZMAN

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

March 31, 2008

DOC NO
REC'D/FILED
2008 APR -3 AM 10: 36
THERESA M. OWENS
CLERK US DIST COURT
WD OF WI

Western District of Wisconsin
Honorable Theresa M. Owens
Clerk/Magistrate
United States District Court
320 Robert W. Kastenmeier
United States Courthouse
120 North Henry Street
Madison, WI 53703-4304

Dear Clerk:

Re: 95-CR-90-C-01   USA v. Leonard Bunch   Judge Barbara B. Crabb

Our Case Number: 08 CR 253 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: Marsha E. Glenn
Deputy Clerk

Enclosure

BUNCH, LEONARD
#06881-062
FCI FORREST CITY
P.O. BOX 9000
FORREST CITY, AR 72335

Filed 11/29/1995
Mag. Case #
District 07583   Judge 5804
Writ? N   Juvenile? N

**CHARGES:**   Offense Level: Felony

| 1 | Original Charge | Counts: 1 |
|---|---|---|
|   | 18:1791A.F |   |
|   | CONTRABAND IN PRISON/ANY OTHER WEAPON |   |
|   | (CT 1) |   |
|   | Convicted by jury after trial |   |

**KEY DATES:**

| 1: | / / | Earliest of: | |
| 2: | 11/29/1995 | Applicable: | Indictment Filed/Unsealed |
| 3a: | 12/21/1995 | Applicable: | 1st appears on pending charge/R40 |
| 3b: | / / | Applicable: | |
| 4: | 03/18/1996 | Applicable: | Jury Trial (Voir Dire) Began |
|    | 05/10/1996 | Terminated | |

**ATTORNEYS:**

| U.S. Attorney or Assistant | Defense: | Co-Defendants: |
|---|---|---|
| LAURA A. PRZYBYLINSKI FINN | CJA Appointment | |
|  | KARL HUEBNER | |
| ASSISTANT U.S. ATTORNEY | HUEBNER LAW OFFICE | |
| P.O. BOX 1585 | P.O. BOX 305 | |
| MADISON, WI 53701-1585 | JEFFERSON, WI 53549-0305 | |
| (608) 264-5158 | (920) 674-9148 | |

A TRUE COPY, Certified
APR 1 1 2008
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT DOCKET   (REV. 3/89)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/29/1995 | 001 | JS 44-CR |
| 11/29/1995 | 002 | INDICTMENT |
| 12/14/1995 | 003 | FINANCIAL AFFIDAVIT |
| 12/14/1995 | 004 | CJA VOUCHER 20 APPT #0576941. (KARL HUEBNER) |
| 12/21/1995 | 005 | CTR MIN: ARRG.; PLEA NG; DATES SET; DEFT DETAINED PENDING TRIAL. (SLC) 15 min. |
| 12/22/1995 | 006 | ORDER OF DETENTION PENDING TRIAL. (SLC) CC MLD |
| 12/22/1995 | 007 | ORDER ON SCHEDULING AT ARRAIGNMENT. (SLC) CC MLD |
| 01/16/1996 | 008 | CTR MIN: PTC; NO MOTIONS WERE FILED BY DEFT; FPTC & TRIAL DATE CHANGED. (SLC) 10 min. |
| 01/16/1996 | 009 | PTC ORDER & ORDER GOVERNING FPTC; FPTC & TRIAL DATES RE-SCHEDULED. (SLC) |
| 02/14/1996 | 010 | LETTER FROM DEFT RE: ATTY HUEBNER. |
| 02/26/1996 | 011 | LETTER FROM DEFT RE: ATTY HUEBNER. |
| 03/05/1996 | 012 | PROPOSED VOIR DIRE QUESTIONS BY GOVT. |
| 03/05/1996 | 013 | PROPOSED JURY INSTRUCTIONS BY GOVT. |
| 03/07/1996 | 014 | CTR MIN: FPTC; DISCUSS VOIR DIRE QUEST. AND JURY INSTRUCTIONS (SLC) (5 MIN) |
| 03/07/1996 | 015 | MOTION BY DEFT - EX PARTE. ***SEALED*** |
| 03/08/1996 | 016 | ORDER ON DEFT'S EX PARTE MO. (SLC) ***SEALED*** |
| 03/08/1996 | 017 | FPTC ORDER - W/ATTACHMENTS. (SLC) |
| 03/18/1996 | 018 | JURY SELECTION SHEET |
| 03/18/1996 | 019 | CTR MIN: JURY SEL./TRIAL; OPEN. STMTS; GOVT & DEFT CASE, INST.CONF., JURY INST., DELIB.; GUILTY VERDICT RETURNED. (BBC) 4+46" |
| 03/18/1996 | 020 | JURY INSTRUCTIONS |
| 03/18/1996 | 021 | JURY VERDICT OF GUILTY |
| 03/29/1996 | 022 | TRANSCRIPT OF 1ST DAY JURY TRIAL, 3/18/96 EXCERPT ONLY TESTIMONY OF DEFT. |
| 05/01/1996 | | GOVT LETTER STATING NO OBJ. TO PSR; SENT TO BC FOR FILING. |
| 05/06/1996 | 023 | DEFT'S LETTER REQUEST FOR CONTINUANCE OF 5/10/96 SENTENCING |
| 05/09/1996 | | DEFT'S ATTY'S TELEPHONE NOTICE TO COURT OF NO OBJS TO PSR - JUDGE CRABB NOTIFIED |
| 05/10/1996 | 024 | CTR MIN: SENT.; ON CT 1: $50 S.A., 24 MOS IMPR., CONSEC. TO CURRENT SENTENCE; 3 YRS S.R. (BC) (8 MIN) |
| 05/13/1996 | 025 | JUDGMENT AND COMMITMENT (BC) CC MLD |
| 05/17/1996 | 026 | JUDGMENT AND COMMITMENT WITH MARSHAL'S RETURN |
| 05/20/1996 | 027 | NOTICE OF APPEAL BY DEFT. NO FEE PD, NO DS FILED, SR SENT CC; PARTIES (96-2263) |
| 05/21/1996 | 028 | COPY OF PSR W/ATTACHMENTS (SEALED) |
| 05/21/1996 | 029 | COPY OF SENT RECOMM. (SEALED) |
| 05/21/1996 | | RECORD PREPARED |
| 05/23/1996 | 030 | TRANSCRIPT OF FIRST DAY OF TRIAL ON 3-18-96.(VOL 1-A) (MORNING SESSION ONLY) |
| 05/23/1996 | 031 | TRANSCRIPT OF FIRST DAY OF TRIAL ON 3-18-96.(VOL 1-B) (AFTERNOON SESSION) |
| 05/23/1996 | 032 | TRANSCRIPT OF SENT HRG ON 5-10-96. |
| 07/15/1996 | | RECORD SENT |

(Continued on next page...)

UNITED STATES DISTRICT COURT DOCKET         (REV. 3/89)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 09/23/1996 | 033 | ORDER FROM USCA THAT APPEAL IS DISMISSED. (96-2263) RECORD RETURNED |
| 01/27/1997 | | ***DEFT'S SEALED DOC'S UNSEALED & PLACED IN COURT FILE*** |
| 02/07/1997 | 034 | CJA VOUCHER 20 #0576941 APPROVAL; CERTIFIED FOR PAYMENT. (KARL HUEBNER)($2,208.75) |
| 12/12/2005 | 035 | DEFT. REQUEST FOR REDUCTION OF SENTENCE. |
| 12/14/2005 | 036 | ORDER DENYING DEFT. REQUEST FOR MODIFICATION OF HIS SENTENCE. |
| 01/18/2006 | 037 | MOTION BY DEFT. FOR RECONSIDERATION OF COURT ORDER. |
| 02/10/2006 | 038 | ORDER DENYING DEFT. MOTION FOR RECONSIDERATION. |
| 02/19/2008 | | Further docketing is in CM/ECF at pacer.wiwd.uscourts.gov |

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 95 CR 90-C |
| LEONARD BUNCH, | 18 U.S.C. § 1791(a)(2) |
| Defendant. | 18 U.S.C. § 1791(d)(1)(B) |

THE GRAND JURY CHARGES:

<u>COUNT I</u>

On or about October 21, 1995, in the Western District of Wisconsin, the defendant,

**LEONARD BUNCH,**

being an inmate at the Federal Correctional Institution, Oxford, Wisconsin, knowingly and unlawfully possessed a prohibited object, specifically, an institution belt strung through two Master combination locks wired together, an object designed and intended to be used as a weapon.

(In violation of Title 18, United States Code, Section 1791(a)(2) and (d)(1)(B).)

Peggy A. Lautenschlager
United States Attorney

Indictment returned: 11/29/95

APR 11 2008
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By_____
Deputy Clerk

# United States District Court
## WESTERN DISTRICT OF WISCONSIN

MAY 1 3

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **LEONARD BUNCH** | Case Number: 3:95CR00090-001 |
| | Karl Huebner |
| | Defendant's Attorney |

THE DEFENDANT was found guilty on count I after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1791(a)(2);(d)(1)(b) | Possession of a Prohibited Object Designed and Intended to be Used as a Weapon | 10/21/1995 | I |

Defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. S

Defendant's Date o'

Defendant's USM N

Defendant's Mailing
Same

May 10, 1996
Date of Imposition of Judgment

Barbara B. Crabb
District Judge

May 13, 1996
Date Signed

Defendant's Residence Address:
Federal Correctional Instit.
P. O. Box 500
Oxford, WI  53952

A TRUE COPY, Certified
APR 11 2008
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By_____
Deputy Clerk

DEFENDANT: BUNCH, LEONARD
CASE NUMBER: 3:95CR00090-001

## IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of 24 months.

The court makes the following recommendations to the Bureau of Prisons:

It is recommended that defendant serve the last four months of his confinement in a community corrections center with work release privileges.

Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY MARSHAL

DEFENDANT:     BUNCH, LEONARD

CASE NUMBER:   3:95CR00090-001

## SUPERVISED RELEASE

Upon release from imprisonment, defendant shall be on supervised release for a term of 3 years.

Defendant shall report to the probation office in the district to which defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, defendant shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall not possess a firearm as defined in 18 U.S.C. s. 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the financial Penalties sheet of this judgment.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth on next page).

Defendant shall also comply with the following special conditions:

   (1) Register with local law enforcement authorities, including the state attorney general, as directed by the supervising U.S. probation officer;

   (2) Abstain from excessive use of alcohol, from illegal drug use and sales and from association with drug users and sellers and participate in a program of drug counseling and urine surveillance, as directed by the supervising U.S. probation officer; and

   (3) Allow searches by the supervising U.S. probation officer of any residence or property under defendant's control where there is reason to believe defendant is in possession of illegal narcotics, stolen materials, firearms or other contraband and permit confiscation of contraband materials.

DEFENDANT:   BUNCH, LEONARD
CASE NUMBER: 3:95CR00090-001

## STANDARD CONDITIONS OF SUPERVISION

1) Defendant shall not commit another federal, state, or local crime.

2) Defendant shall not leave the judicial district without the permission of the court or probation officer;

3) Defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4) Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) Defendant shall support his or her dependants and meet other family responsibilities;

6) Defendant shall work regularly at a lawful occupation unless excused by the probation office for schooling, training, or other acceptable reasons;

7) Defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

8) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;

9) Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

10) Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11) Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14) As directed by the probation officer, defendant shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm defendant's compliance with such notification requirement.

DEFENDANT: BUNCH, LEONARD
CASE NUMBER: 3:95CR00090-001

## CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| I | $50.00 | $0.00 | $0.00 |
| **Totals:** | $50.00 | $0.00 | $0.00 |

The above fine includes any costs of incarceration and/or supervision.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.*

DEFENDANT: BUNCH, LEONARD

CASE NUMBER: 3:95CR00090-001

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) Assessment; (2) Restitution; (3) Fine principal;
(4) Cost of Prosecution; (5) Interest; (6) Penalties.

The total fine and other monetary penalties shall be due in full immediately.
The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the National Fine Center, P.O. Box 105385, Atlanta, GA 30348-5385, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.